J. S71035/14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA, : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
Appellee :
:
v. :
:
:
LARRY MARKLE, :
:
Appellant : No. 513 MDA 2014

Appeal from the PCRA Order February 12, 2013
In the Court of Common Pleas of York County
Criminal Division No(s): CP-67-CR-0001337-1975

BEFORE: FORD ELLIOTT, P.J.E., PANELLA, and FITZGERALD,[*] JJ.

JUDGMENT ORDER BY FITZGERALD, J.:          **FILED FEBRUARY 19, 2016**

Appellant, Larry Markle, appeals from the order dismissing as untimely his third Post Conviction Relief Act[1] ("PCRA") petition seeking relief, in light of ***Miller v. Alabama***, 132 S. Ct. 2455 (2012), from a mandatory sentence of life imprisonment without parole imposed on October 29, 1979. This Court previously denied Appellant's counsel petition to withdraw and directed him to submit an amended ***Turner***/***Finley***[2] letter or an advocate's brief to address whether the retroactive application of ***Miller*** could be considered

---

[*] Former Justice specially assigned to the Superior Court.

[1] 42 Pa.C.S. §§ 9541-9546.

[2] ***See Commonwealth v. Turner***, 544 A.2d 927 (Pa. 1988); ***Commonwealth v. Finley***, 550 A.2d 213 (Pa. Super. 1988) (*en banc*).

outside the framework of the PCRA. Appellant's counsel has filed an advocate's brief and the Commonwealth has filed a supplemental responsive brief.

While this appeal was pending, the United States Supreme Court decided ***Montgomery v. Louisana***, \_\_\_ S. Ct. \_\_\_, 2016 WL 280758 (U.S. Jan. 25, 2016), and held "that when a new substantive rule of constitutional law controls the outcome of a case, the Constitution requires state collateral review courts to give retroactive effect to that rule." ***Montgomery***, 2016 WL 280758 at *7. The ***Montgomery*** Court concluded that ***Miller*** "announced a substantive rule of constitutional law" under ***Teague v. Lane***, 489 U.S. 288 (1989). ***Id.*** at *15. Moreover, this Court, in ***Commonwealth v. Secreti***, \_\_\_ A.3d \_\_\_, 2016 WL 513341 ( Pa. Super. Feb. 9, 2016), has recently held that ***Miller*** and ***Montgomery*** afford relief to petitioners whose PCRA petitions seeking relief under ***Miller*** were on appeal when ***Montgomery*** was announced.

In light of the foregoing, we reverse the order dismissing Appellant's PCRA petition and remand for resentencing.

Order reversed. Case remanded. Jurisdiction relinquished.

Judgment Entered.

_____

Joseph D. Seletyn, Esq.
Prothonotary

Date: 2/19/2016